

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Overruled
by V-376 in
part question #2*

Honorable J. Watt Page
Adjutant General
Austin, Texas

Dear Sir:

Opinion No. O-4865

Re: Expenditure of deficiency
allowances after convening of Legislature; and
related questions

You request our opinion upon the following questions:

(1) May deficiency expenditures authorized by the Governor under Article 4351 be expended after the Legislature has convened?

(2) May the Legislature appropriate moneys to pay obligations incurred before the appropriation to pay for same is made?

Your first question is answered in the negative. Article 4351 authorizes the Governor to create deficiency allowances only in such amounts as are necessary to meet the needs of the Department "until the meeting of the next Legislature." It follows that the deficiency allowance is not available for expenditure after the Legislature convenes. See Opinions O-2116 and O-2924, copies of which are attached.

Your second question is likewise answered in the negative. Article 3, Sec. 44 of the Constitution provides in part:

"The Legislature . . . shall not . . . grant, by appropriation or otherwise, any amount of money out of the Treasury of the State, to any individual, on a claim, real or pretended, when the same shall not have been provided for by pre-existing law. . . ."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

A public officer whose appropriations are exhausted can not bind the State for subsequent expenditures. His authority to contract is only within the limit of the funds which the Legislature has authorized him to expend. Any greater expenditure is without authority of law. Expenditures in excess of those authorized in advance by the Legislature are made without authority of "pre-existing law", and under Section 44, Article 3 of the Texas Constitution, the Legislature can not appropriate moneys to pay such claims. Fort Worth Cavalry Club v. Sheppard (Sup. Ct.) 83 S. W. (2) 660.

Perhaps these rules may seem harsh. But it must be remembered that the people of Texas have committed to the Legislature, rather to the subordinate officers and departments of the government, the authority to determine how much money should be expended for carrying on the functions of government. It is within the power of the Legislature to provide additional funds immediately for the continued operation of your Department by emergency legislation. If it considers that additional funds are necessary, doubtless it will do so. Failure to provide such funds will reflect, of course, the judgment of the Legislature that additional funds are not required. In either event, the Legislature's decision is final. The theory that the Legislature may not choose to provide immediate relief cannot serve to justify violation of the provisions of Article 4351 or of Constitution, Article 3, Section 44.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

RWF-ER

Enclosure

JAN 9, 1943

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY CHAIRMAN